_____

No. 96-1103WM
_____

United States of America,           *
                                    *
              Appellee,             *   Appeal from the United States
                                    *   District Court for the Western
      v.                            *   District of Missouri.
                                    *
Charles F. White,                   *   [UNPUBLISHED]
                                    *
              Appellant.            *
_____

                  Submitted:  May 24, 1996

                   Filed:  June 4, 1996
_____

Before FAGG, BOWMAN, and HANSEN, Circuit Judges.
_____

PER CURIAM.

       Charles F. White appeals the district court's order denying his 18
U.S.C. § 3582(c)(2) motion to reduce his sentence.  Because White filed his
notice of appeal more than ten days after entry of the order, we lack
jurisdiction to review the merits of his appeal.  See Fed. R. App. P. 4(b)
(affording criminal defendants ten days after entry of judgment or order
to file notice of appeal; district court may grant thirty-day extension
upon showing of excusable neglect); United States v. Petty, No. 96-1315,
slip op. at 2 (8th Cir. May 6, 1996) (Rule 4(b) applies to appeals from
denial of § 3582(c)(2) motions; timely notice of appeal is both mandatory
and jurisdictional).

       Accordingly, we dismiss this appeal.  See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.